| | |
|---|---|
| 1 | EILEEN M. DECKER |
| | United States Attorney |
| 2 | DOROTHY A. SCHOUTEN |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | JENNIFER LEE TARN, CSBN 240609 |
| 5 | Special Assistant United States Attorney |

Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA  94105
Telephone: (415) 977-8825
Facsimile: (415) 744-0134
Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| JOSEPH G. DRAGONE, | ) Case No. 5:15-cv-02421-RAO |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: April 25, 2016            _____
                                 HONORABLE ROZELLA A. OLIVER
                                 UNITED STATES MAGISTRATE JUDGE

-1-